**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT FRIED, on behalf of himself, all others similarly situated, and the general public,<br><br>      Plaintiff,<br><br>      v.<br><br>SNAPPLE BEVERAGE CORP.,<br><br>      Defendant. | Case No. 24-cv-00653-DMS-DDL<br><br>**ORDER**<br><br>District Judge: Dana M. Sabraw<br>Magistrate: David D. Leshner |

## ORDER

Having reviewed the parties' Joint Motion to Dismiss (Dkt. No. 38), and good cause appearing, it is hereby **ORDERED** that the case is dismissed with prejudice as to Mr. Fried, and without prejudice as to the putative class.

**IT IS SO ORDERED.**

Date: November 13, 2025

Hon. Dana M. Sabraw
United States District Judge